## Catherine S. McGowen, Plaintiff-Appellant, v. Edward J. McGowen, Defendant-Appellee.

Gen. No. 45,569.

Benjamin B. Davis, for appellant; John S. Jones, and Joseph W. Baer, of counsel; Harold A. Smith, and Neil McKay, for appellee; Winston, Strawn, Black & Towner, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed April 9, 1952; rehearing denied April 25, 1952; released for publication April 25, 1952.

## Frederick Seeds, a Minor et al., Appellees, v. Chicago Transit Authority, Appellant.

Gen. No. 45,028.